DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDREW D. WILES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-2643

[April 15, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Rosemarie Scher, Judge; L.T. Case No. 50-1998-CF-001954-AXXX-MB.

Andrew D. Wiles, Indiantown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., DAMOORGIAN and CIKLIN, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***